

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET
NEW YORK, NY 10007

http:/nyc.gov/nycha

**LISA BOVA-HIATT**
Chief Executive Officer

**DAVID ROHDE**
EVP of Legal Affairs and General Counsel

<span style="color:darkblue">Application GRANTED. The Clerk of Court is directed to terminate ECF No. 11.

SO ORDERED.

[signature]

October 25, 2023</span>

WRITER'S DIRECT LINE
(212) 776-5152

October 25, 2023

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 2202
New York, New York 10007

> Re:   *Jozaida Sanchez v. New York City Housing Authority and April Smith*
>       No. 1:23-cv-08683 (JMF)

Dear Judge Furman:

   I am counsel for Defendants New York City Housing Authority ("NYCHA") and April Smith ("Smith") (collectively, "Defendants") in the above-referenced matter. Defendants write with Plaintiff's consent to respectfully request an extension of time from October 31, 2023 to November 30, 2023 for Defendants to respond to the Complaint. This is Defendants' first request for an extension.

   Plaintiff, a former NYCHA employee, alleges, among other things, that NYCHA and Smith, her former supervisor, discriminated against her in violation of Title VII of the Civil Rights Act of 1964 and the New York State and New York City Human Rights Laws. Defendants request this extension in order to investigate and accurately respond to the allegations in the Complaint. The next scheduled appearance before the Court is a remote telephone pretrial conference scheduled for January 9, 2024 at 9:00 a.m.

   Defendants thank the Court for consideration of this matter.

Respectfully submitted,

*/s/ Jamie D. Maffeo*

cc: All Counsel (via ECF)