UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOZAIDA SANCHEZ,                                                        :
:
:
Plaintiff,                                :
:      23-CV-8683 (JMF)
-v-                                                      :
:              ORDER
:
NEW YORK CITY HOUSING AUTHORITY, and        :
APRIL SMITH, in her individual capacity,                     :
:
Defendants.                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 5, 2023 Order, ECF No. 7, the parties were required to file their proposed case management plan and joint letter, the contents of which are described therein, no later than January 4, 2024.  To date, the parties have not filed any proposed case management plan or joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 8, 2024**.

      SO ORDERED.

Dated: January 5, 2024
       New York, New York                    _____
                                                 JESSE M. FURMAN
                                                 United States District Judge