UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :
JOZAIDA SANCHEZ,                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :          23-CV-8683 (JMF)
              -v-                                                     :
                                                                     :          ORDER
NEW YORK CITY HOUSING AUTHORITY et al.,                             :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- Plaintiff is granted until **August 16, 2024**, to take the deposition of Defendant Smith (through oral or written questions).  Discovery is otherwise closed.

- Defendants shall file any motion for summary judgment no later than the same date, **August 16, 2024**.  Plaintiff's opposition is due within thirty days of the filing of the motion, and Defendants' reply, if any, is due within two weeks of any opposition.

- To the extent that the deposition of Defendant Smith does indeed take place and the parties believe it calls for alterations to the briefing schedule or structure, they should meet and confer and file a letter motion (preferably a joint letter motion) seeking appropriate relief from the Court.

       SO ORDERED.

Dated: July 17, 2024
      New York, New York
                                   JESSE M. FURMAN
                              United States District Judge