UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOZAIDA SANCHEZ,

                Plaintiff,                23 **CIVIL** 8683 (JMF)

   -against-                   **JUDGMENT**

NEW YORK CITY HOUSING AUTHORITY et al.,

                Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2024, Defendants' motion for summary judgment must be and is GRANTED. Specifically, Sanchez's claims under Title VII are dismissed with prejudice, while her NYSHRL and NYCHRL claims are dismissed without prejudice to refiling in state court. Judgment is entered in Defendants favor consistent with this Opinion and Order; accordingly, the case is closed.

**Dated:** New York, New York
         December 17, 2024

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                    BY:

                                                      **Deputy Clerk**